CELESTE K. KEMPNER, as Executrix, etc., of MILTON KEMPNER, Deceased, Respondent, v. KENFIELD MANUFACTURING Co., INC., and Others, Appellants, Impleaded with Another, Defendant.— Orders denying motions of defendants-appellants for judgment on the pleadings, or, in the alternative, for summary judgment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AGNES FETTIG, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Action for personal injuries sustained by plaintiff by reason of the alleged negligence of the defendant's conductor. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Upon the retrial the court should adequately instruct the jury as to the law and the claims of plaintiff and defendant. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent and vote for affirmance.

In the Matter of the Application of ELLEN P. GREEN for a Determination of the Validity and Effect of Her Election under Section Eighteen of the Decedent Estate Law to Take an Intestate's Share against the Provisions of the Will of JOHN R. GREEN, Deceased. E. MARGARET GREEN HOWARD and Others, Appellants, ELLEN P. GREEN, Respondent. BANKERS TRUST COMPANY, as Executor, etc., of JOHN R. GREEN, Deceased, Appellant.— Decree determining that the election of Ellen P. Green, as surviving spouse of John R. Green, deceased, to take her share of his estate against his will, is valid and effective, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [155 Misc. 641.]

PAUL MARINOV, Appellant, v. METROPOLITAN DISTRIBUTORS, INC., and MIDDLETON CARMAN & Co., Respondents.— Action for personal injuries sustained by plaintiff in being struck by defendants' motor truck while crossing Ninth avenue, on the north sidewalk of Forty-first street, Manhattan. Judgment dismissing the complaint at the close of plaintiff's case unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. A *prima facie* case having been made out, the question of plaintiff's contributory negligence should have been passed upon by a jury. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLOUGHBY REALTY CORPORATION, Respondent, v. DONBERT REALTY Co., INC., Appellant, Impleaded with Others, Defendants.— Action to foreclose a second mortgage on an apartment house known as 60 West One Hundred and Twenty-eighth street, New York city. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL RICHMAN and CHARLES MACNOW, Appellants.— Judgment convicting defendants of the crime of unlawful possession of obscene pictures and books (Penal Law, § 1141) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.